No. 965.  JOHNSTON *v.* BOARD OF DENTAL EXAMINERS ET AL.  May 24, 1943.  Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.  MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.  *Mr. Alvin L. Newmyer* for petitioner.  *Messrs. Richmond B.*

*Keech* and *Vernon E. West* for respondents.

No. 976. THOMPSON, TRUSTEE, *v.* LAWSON ET AL. May 24, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Garfield C. Thompson, pro se.*